UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | 2:03-cr-350-LRH-LRL |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| JAMAR BELIN, | |
| Defendant. | |

Presently before the court is the matter of U.S. v. Arlanders Gibson et al. in particular defendant Jamar Belin.

On October 14, 2010, this court held a hearing for revocation of supervised release as to defendant Jamar Belin. The Government and the U.S. Probation department request that the revocation in this case be continued to allow Mr. Belin to reside in the halfway house program.

Accordingly,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that defendant Jamar Belin reside in a residential re-entry center/Half-way House for a period of two(2) months.

DATED:   October 14, 2010.

UNITED STATES DISTRICT JUDGE

1